# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**RECEIVED**

APR 27 2022

Clerk, U.S. District Court
Juneau, AK

WILLIAM CAROL CLARKE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Mitt ROMNEY

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22-CV-00042 RRB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _William C Clarke_

Address _8715 Trail Street_

_Juneau_      _AK_      _99801_
City          State      Zip Code

County

Telephone Number _907-419-7077_

E-Mail Address _123456Indaca@Gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Mitt Romney_

Job or Title *(if known)* _Senator_

Address _First St. SE,_

_Washington_      _DC_      _20004_
City          State      Zip Code

County

Telephone Number _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

Name _Tammy Baldwin_

Job or Title *(if known)* _Senator_

Address _First St. SE_

_Washington_      _DC_      _20004_
City          State      Zip Code

County

Telephone Number _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 3

    Name                  JOHN BARRASSO

    Job or Title *(if known)*    SENATOR

    Address             FIRST ST SE

                       WASHINGTON    DC    20004

                              *City*          *State*      *Zip Code*

    County

    Telephone Number    1-202-226-8000

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name                  MICHAEL F. BENNET

    Job or Title *(if known)*    SENATOR

    Address             FIRST ST SE

                       WASHINGTON    DC    20004

                              *City*          *State*      *Zip Code*

    County

    Telephone Number    1-202-226-8000

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☒ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     1st AMENDMENT THROUGH THE 12TH AMENDMENT!

     CHAPTER 77 2319

     CHAPTER 73 1510, 1512, 1513, 1518, 1519

     18 USC 19.61 1030 1035

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? I HAVE NO DECIDED WETHER TO SUE UNDER BIVENS! 1st THROUGH THE 12TH AMENDMENT!

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All OFFICIALS PARTICIPATED IN ORGANIZED CRIME AND TAMPERING WITH INVESTIGATIONS NATIONWIDE AND INTERNATIONALLY, REFER TO THE FOLLOWING USCODES 2319, 1510, 1512, 1513, 1518, 1519, 19.61, 1030, 1035

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

JUNEAU ALASKA

B. What date and approximate time did the events giving rise to your claim(s) occur?

IT IS CONTINOUS AND EASY TO PROVE WITH NON CORRUPT LAW ENFORCEMENT! DATED 1-19-22 THROUGH 4-26-22!

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THEY USE APPLE WEBSITES, APPS AND OTHER DOMAINS FOR ROBBERY, DISTRIBUTION OF STOLEN INTELLECTUAL PROPERTY, MANUFACTURING AND DISTRIBUTING CHILD PORN, ILLEGAL PORN, AND CONSPIRACY BODILY TORTURE, MURDER! I HAVE A SURGICALLY IMPLANTED BODY CAM FREQUENCY 10367 ANY EVEN YOUR COURT HAS KNOWLEDGE OF ALL CORRUPTION AND COVER UPS!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-26-22

Signature of Plaintiff

Printed Name of Plaintiff   WILLIAM C CLARKE

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
City            State        Zip Code

Telephone Number   _____

E-mail Address   _____

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Still Trying To Get Proper Evidence Collection and Safety and non cover up medical care! All attempted murders by all participants and people paid To hack into medical equipment Including Pacemaker System!

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I Am filing A Lot of Civil Lawsuits, I asking for court To prove and — All people appear To be put on the stand and prosecuted to the fullest extent of the law! Also Restraining orders against all equipment used to hack into my surgically Implanted body cam and Central nerve system!

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  WILLIAM C CLARKR

Address  8715 TRAI STRRRT

JUNRBU            AK        99801
    *City*      *State*     *Zip Code*

County

Telephone Number  907-419-7077

E-Mail Address  123456 INDACA @ GMAIL. COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  MARSHA BLACKBURN

Job or Title *(if known)*  SENATOR

Address  FIRST ST SE

WASHINGTON         DC      20004
    *City*      *State*     *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name  RICHARD BLUMENTHAI

Job or Title *(if known)*  SENATOR

Address  FIRST ST SE

WASHINGTON         DC      20004
    *City*      *State*     *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____

Address _____

_____

| | City | State | Zip Code |

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _____Roy Blunt_____

Job or Title *(if known)* _____Senator_____

Address _____First St SE_____

_____Washington____ _DC_ _20004_

City      State      Zip Code

County _____

Telephone Number _____1-202-226-8000_____

E-Mail Address *(if known)* _____

[ ] Individual capacity [X] Official capacity

Defendant No. 2

Name _____Cory A. Booker_____

Job or Title *(if known)* _____Senator_____

Address _____First St SE_____

_____Washington____ _DC_ _20004_

City      State      Zip Code

County _____

Telephone Number _____1-202-226-8000_____

E-Mail Address *(if known)* _____

[ ] Individual capacity [X] Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  WILLIAM C CLARKE
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  JOHN BOOZMAN
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON  DC  20004

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name  MIKE BRAUN
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON  DC  20004

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number  1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     *William C Clark*

Address

                                  *City*            *State*         *Zip Code*

County

Telephone Number

E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     *Sherrod Brown*

Job or Title *(if known)*     *Senator*

Address     *First St SE*

      *Washington*     *DC*     *20004*

             *City*        *State*       *Zip Code*

County

Telephone Number     *1-202-226-8000*

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name     *Richard Burr*

Job or Title *(if known)*     *Senator*

Address     *First St SE*

      *Washington*     *DC*     *20004*

             *City*        *State*       *Zip Code*

County

Telephone Number     *1-202-226-8000*

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _William C Clarke_

Address _~~~~~~~~~~~~~~~~~~~~~~~~~~_

|  | _City_ | _State_ | _Zip Code_ |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _MARIA CANTWELL_

Job or Title *(if known)* _SENATOR_

Address _FIRST ST SE_

_WASHINGTON_ _DC_ _20004_

| _City_ | _State_ | _Zip Code_ |
|---|---|---|

County

Telephone Number _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name _SHELLEY MOOR CAPITO_

Job or Title *(if known)* _SENATOR_

Address _FIRST ST SE_

_WASHINGTON_ _DC_ _20004_

| _City_ | _State_ | _Zip Code_ |
|---|---|---|

County

Telephone Number _1-202-226-8000_

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          William C Clarke

Address        8715 Trbl Street

                Junkan        AK        99801
                *City*              *State*          *Zip Code*

County
Telephone Number    907- 419- 7077
E-Mail Address      123456 Indaca @ Gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              Benjamin L. Cardin

Job or Title *(if known)*    Senator

Address          First St SE

                Washington      DC      20004
                *City*            *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name              Thomas R. Carper

Job or Title *(if known)*    Senator

Address          First St SE

                Washington      DC      20004
                *City*            *State*      *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     WiLLiAM C CLARKA

Address     8715 TABI STREET

JuNkAN     AK     99801

     *City*      *State*      *Zip Code*

County

Telephone Number     907-419-7077

E-Mail Address     123456 IndACA@GMAiL.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     ROBERt P CASEY JR.

Job or Title *(if known)*     SENAtoR

Address     FiRSt ST SE

WASHingtoN     DC     20004

     *City*      *State*      *Zip Code*

County

Telephone Number     1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name     Bill CASSidy

Job or Title *(if known)*     SENAtoR

Address     FiRSt St SE

WASHingtoN     DC     20004

     *City*      *State*      *Zip Code*

County

Telephone Number     ~~1-20~~ 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     _William C CARKA_
Address

|  | City | State | Zip Code |
|--|------|-------|----------|

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name     _Susan Collins_
Job or Title (if known)     _Senator_
Address     _First ST SE_
_Washington_    _DC_    _20004_

|  | City | State | Zip Code |
|--|------|-------|----------|

County
Telephone Number     _1-202-226-8000_
E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name     _Christopher A Coons_
Job or Title (if known)     _Senator_
Address     _First ST SE_
_Washington_    _DC_    _20004_

|  | City | State | Zip Code |
|--|------|-------|----------|

County
Telephone Number     _1-202-226-8000_
E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      *William C Clarke*

Address     *8715 TRAI STREET*

          *Junkau*       *AK*      *99801*

           City            State       Zip Code

County

Telephone Number    *907-419-7077*

E-Mail Address      *123456 Indaca @ Gmail.com*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name           *Tiffany ~~Tiffany~~ ZULKOSKY*

Job or Title *(if known)*   *REPREASRNTATIVE*

Address     *120 4th STREET*

          *Junkau*       *AK*      *99801*

           City            State       Zip Code

County

Telephone Number    *1-907-465-4942*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name           *LORA REINBOLD*

Job or Title *(if known)*

Address     *120 4th STREET*

          *Junkau*       *AK*      *99801*

           City            State       Zip Code

County

Telephone Number    *1-907-465-3822*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _William C Clarke_
Address _____

| | City | State | Zip Code |

County _____
Telephone Number _____
E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Josh Revak_
Job or Title *(if known)* _____
Address _120 4th Street_
_Juneau_  _AK_  _99801_
City  State  Zip Code

County _____
Telephone Number _1-907-465-3879_
E-Mail Address *(if known)* _____

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _Mike Shower_
Job or Title *(if known)* _____
Address _120 4th Street_
_Juneau_  _AK_  _99801_
City  State  Zip Code

County _____
Telephone Number _1-907-465-6600_
E-Mail Address *(if known)* _____

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _WilliAm C ClArkA_

Address _8715 TRAIl STREET_

_JuNRAu_ _AK_ _99801_
City      State      Zip Code

County

Telephone Number _907-419-7077_

E-Mail Address _123456 INDACA @ GMAIl.COM_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _BERt ~~STed~~ STEDMAN_

Job or Title *(if known)*

Address _120 4TH STREET_

_JuNEAu_ _AK_ _99801_
City      State      Zip Code

County

Telephone Number _1-907-465-3873_

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name _GARY STEVENS_

Job or Title *(if known)*

Address _120 4TH STREET_

_JuNRAu_ _AK_ _99801_
City      State      Zip Code

County

Telephone Number _1-907-465-4925_

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  WILLIAM C CLARKE

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  NATASHA VON IMHOF

Job or Title *(if known)*

Address  120 4TH STREET

| JUNEAU | AK | 99801 |
|---|---|---|
| City | State | Zip Code |

County

Telephone Number  1-907-465-2995

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name  ANDY JOSEPHSON

Job or Title *(if known)*

Address  120 4TH STREET

| JUNEAU | AK | 99801 |
|---|---|---|
| City | State | Zip Code |

County

Telephone Number  1-907-465-4939

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _William C Clark R._
Address _8715 Thai Street_
_Junkau_ _AK_ _99801_
     *City*        *State*       *Zip Code*

County
Telephone Number _1-907-419-7077_
E-Mail Address _123456Indaca @ Gmail.com_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _James Kaufman_
Job or Title *(if known)*
Address _120 4th Street_
_Junkau_ _AK_ _99801_
     *City*        *State*       *Zip Code*

County
Telephone Number _1-907-465-4949_
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _Chistopher Kurka_
Job or Title *(if known)*
Address _120 4th Street_
_Junkau_ _AK_ _99801_
     *City*        *State*       *Zip Code*

County
Telephone Number _1-907-465-4833_
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     *William C Clarke*

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     *Bart LeBon*

Job or Title *(if known)*

Address     *120 4th Street*

|  |  |  |
|---|---|---|
| *Juneau* | *AK* | *99801* |
| City | State | Zip Code |

County

Telephone Number     *1-907-465-3709*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name     *Kevin McCabe*

Job or Title *(if known)*

Address     *120 4th Street*

|  |  |  |
|---|---|---|
| *Juneau* | *AK* | *99801* |
| City | State | Zip Code |

County

Telephone Number     *1-907-465-2679*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name *William C Clarke*

Address *871S Trai Street*

*Junhau* *AK* *99801*

City State Zip Code

County

Telephone Number *1-907-419-7077*

E-Mail Address *123456 Indaca @ Gmail.com*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *John Cornyn*

Job or Title *(if known)* *Senator*

Address *First St SE*

*Washington* *DC* *20004*

City State Zip Code

County

Telephone Number *1-202-226-8000*

E-Mail Address *(if known)*

[ ] Individual capacity [X] Official capacity

Defendant No. 2

Name *Catherine Cortez Masto*

Job or Title *(if known)* *Senator*

Address *First St SE*

*Washington* *DC* *20004*

City State Zip Code

County

Telephone Number *1-202-226-8000*

E-Mail Address *(if known)*

[ ] Individual capacity [X] Official capacity

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____

Address _____

_____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address _____

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____ TOM COTTON _____

Job or Title *(if known)* _____ SENATOR _____

Address _____ FIRST ST SE _____

WASHINGTON         DC         20004

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____ 1- 202- 226- 8000 _____

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _____ KEVIN CRAMER _____

Job or Title *(if known)* _____ SENATOR _____

Address _____ FIRST ST SE _____

WASHINGTON         DC         20004

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____ 1-202-226-8000 _____

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    WilliAM C ClArKA

Address    8715 TrAi STrEET

JuNkAU     AK     99801

     *City*      *State*      *Zip Code*

County

Telephone Number    1-907-419-7077

E-Mail Address    123456 IndAcA @ GmAil .coM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    MikA CRApo

Job or Title *(if known)*    SENAtoR

Address    FiRSt ST SE

WAShiNgtoN    DC    20004

     *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    TED CRuz

Job or Title *(if known)*    SENAtoR

Address    FiRSt ST SE

WAShiNgtoN    DC    20004

     *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          STEVE DAINES
Job or Title *(if known)*      SENATOR
Address                        FIRST ST SE
                               WASHINGTON    DC        20004
                                  *City*      *State*    *Zip Code*
County
Telephone Number               1- 202- 226- 8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                          TAMMY DUCKWORTH
Job or Title *(if known)*      SENATOR
Address                        FIRST ST SE
                               WASHINGTON    DC        20004
                                  *City*      *State*    *Zip Code*
County
Telephone Number               1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name WILLIAM C CLARKA

Address 8715 TRAI STREET

JUNEAU        AK        99801
City        State        Zip Code

County

Telephone Number 1-907-419-7077

E-Mail Address 123456 IndACA @ Gmail .com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name RICHARD J DURBIN

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON        DC        20004
City        State        Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

[ ] Individual capacity   [X] Official capacity

Defendant No. 2

Name JONI ERNST

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON        DC        20004
City        State        Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

[ ] Individual capacity   [X] Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

| | | | |
|---|---|---|---|
| | *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  DIANE FEINSTEIN
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON  DC  20004
*City*  *State*  *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*  1- 202- 226- 8000

[ ] Individual capacity  [X] Official capacity

Defendant No. 2

Name  DEB FISCHER
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON  DC  20004
*City*  *State*  *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*  1-202-226-8000

[ ] Individual capacity  [X] Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   CHUCK GRASSLEY
Job or Title *(if known)*   SENATOR
Address   FIRST ST SE
  WASHINGTON   DC   20004
  *City*   *State*   *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*   1-202-226-8000

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name   Bill HAGERTY
Job or Title *(if known)*   SENATOR
Address   FIRST ST SE
  WASHINGTON   DC   20004
  *City*   *State*   *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*   1-202-226-8000

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CIARKA
Address 8715 TRAI STREET
JUNEAU     AK     99801
City       State     Zip Code

County
Telephone Number 1-907-419-7077
E-Mail Address 123456 IndaCA @ Gmail .com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name KRISTEN GilliBRAND
Job or Title *(if known)* SENATOR
Address FIRST ST SE
WASHINGTON     DC     20004
City       State     Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2
Name LINDSEY GRAHAM
Job or Title *(if known)* SENATOR
Address FIRST ST SE
WASHINGTON     DC     20004
City       State     Zip Code

County
Telephone Number 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKA

Address 8715 TRAI STREET

JUNEAU AK 99801
City State Zip Code

County

Telephone Number 1-907-419-7077

E-Mail Address 123456 IndACA @ Gmail .COM

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name MARGRET WOOD HASSAN

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON DC 20004
City State Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name JOSH HAWlEY

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON DC 20004
City State Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  MARTIN HEINRICH
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON    DC    20004
    *City*    *State*    *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1- 202- 226- 8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name  JOHN W HICKENLOOPER
Job or Title *(if known)*  SENATOR
Address  FIRST ST SE
WASHINGTON    DC    20004
    *City*    *State*    *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKA
Address 871S THAI STREET

Juneau            AK                    99801
       *City*            *State*              *Zip Code*

County
Telephone Number    1-907-419-7077
E-Mail Address      123456 Indaca @ Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        JOHN W Hickenlooper
Job or Title *(if known)*   SENATOR
Address                     FIRST ST SE

WASHINGTON              DC              20004
       *City*                 *State*           *Zip Code*

County
Telephone Number            1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                        MAZIE K HIRONO
Job or Title *(if known)*   SENATOR
Address                     FIRST ST SE

WASHINGTON              DC              20004
       *City*                 *State*           *Zip Code*

County
Telephone Number            1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

# I.    The Parties to This Complaint

## A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name               JOHN HOEVEN
Job or Title *(if known)*   SENATOR
Address             FIRST ST SE
                   WASHINGTON    DC        20004
                        *City*        *State*      *Zip Code*
County
Telephone Number       1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name               Cindy Hyde-Smith
Job or Title *(if known)*   SENATOR
Address             FIRST ST SE
                   WASHINGTON    DC        20004
                        *City*        *State*      *Zip Code*
County
Telephone Number       1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — WILLIAM C CLARKA
Address — 871S TRAI STREET

JUNHAU                AK                99801
City                       State              Zip Code

County
Telephone Number — 1-907-419-7077
E-Mail Address — 123456 IndACA @ Gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — JAMES INHOFE
Job or Title *(if known)* — SENATOR
Address — FIRST ST SE

WASHINGTON          DC            20004
City                       State           Zip Code

County
Telephone Number — 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name — RON JOHNSON
Job or Title *(if known)* — SENATOR
Address — FIRST ST SE

WASHINGTON          DC            20004
City                       State           Zip Code

County
Telephone Number — 1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name           TIM KAINE
    Job or Title *(if known)*    SENATOR
    Address         FIRST ST SE
                WASHINGTON    DC     20004

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number     1-202-226-8000
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name           MARK KELLY
    Job or Title *(if known)*    SENATOR
    Address         FIRST ST SE
                WASHINGTON    DC     20004

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County
    Telephone Number     1-202-226-8000
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: WILLIAM C CLARKA

Address: 8715 TRAI STREET

JUNEAU     AK     99801
*City*     *State*     *Zip Code*

County

Telephone Number: 1-907-419-7077

E-Mail Address: 123456 Indaca @ Gmail .com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: JOHN KENNEDY

Job or Title *(if known)*: SENATOR

Address: FIRST ST SE

WASHINGTON     DC     20004
*City*     *State*     *Zip Code*

County

Telephone Number: 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name: ANGUS S KING JR

Job or Title *(if known)*: SENATOR

Address: FIRST ST SE

WASHINGTON     DC     20004
*City*     *State*     *Zip Code*

County

Telephone Number: 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    AMY KLOBUCHAR
Job or Title *(if known)*    SENATOR
Address    FIRST ST SE
   WASHINGTON    DC    20004
    *City*     *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    JAMES LANKFORD
Job or Title *(if known)*    SENATOR
Address    FIRST ST SE
   WASHINGTON    DC    20004
    *City*     *State*     *Zip Code*

County
Telephone Number    1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKA

Address 871S THAI STREET

JUNEAU AK 99801

       *City*     *State*   *Zip Code*

County

Telephone Number 1-907-419-7077

E-Mail Address 123456 IndACA @ Gmail .COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name PATRICK LEAHY

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON DC 20004

      *City*    *State*  *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name MIKE LEE

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHINGTON DC 20004

      *City*    *State*  *Zip Code*

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — BEN RAY LUJAN
Job or Title *(if known)* — SENATOR
Address — FIRST ST SE
WASHINGTON   DC   20004
City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)* — 1- 202- 226- 8000

[ ] Individual capacity   [X] Official capacity

Defendant No. 2

Name — CYNTHIA M LUMMIS
Job or Title *(if known)* — SENATOR
Address — FIRST ST SE
WASHINGTON   DC   20004
City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)* — 1-202-226-8000

[ ] Individual capacity   [X] Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _WilliAM C ClARKA_
Address _871S TRAI STREET_
_JUNEAU_    _AK_    _99801_
       City        State        Zip Code

County
Telephone Number _1-907-419-7077_
E-Mail Address _123456 IndACA @ GmAil .COM_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _JOE MANCHIN_
Job or Title *(if known)* _SENATOR_
Address _FIRST ST SE_
_WASHINGTON_    _DC_    _20004_
       City        State        Zip Code

County
Telephone Number _1-202-226-8000_
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _EDWARD J. MARKEY_
Job or Title *(if known)* _SENATOR_
Address _FIRST ST SE_
_WASHINGTON_    _DC_    _20004_
       City        State        Zip Code

County
Telephone Number _1-202-226-8000_
E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

Address

|  | *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                         Roger MARSHAll

Job or Title *(if known)*     SENATOR

Address                       FiRST ST SE

                             WASHington          DC          20004

                                   *City*        *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*      1- 202- 226- 8000

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name                         Mitch MCConnEll

Job or Title *(if known)*     SENATOR

Address                       FiRST ST SE

                             WASHington          DC          20004

                                   *City*        *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*      1-202-226-8000

☐ Individual capacity     ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     *WILLIAM C CLARKA*
Address     *8715 TRAI STREET*
     *JUNEAU          AK          99801*
          City          State          Zip Code

County
Telephone Number     *1-907-419-7077*
E-Mail Address     *123456 IndaCA @ Gmail .COM*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name     *ROBERT MENENDEZ*
Job or Title *(if known)*     *SENATOR*
Address     *FIRST ST SE*
     *WASHINGTON     DC     20004*
          City          State          Zip Code

County
Telephone Number     *1-202-226-8000*
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2
Name     *JEFF MERKLEY*
Job or Title *(if known)*     *SENATOR*
Address     *FIRST ST SE*
     *WASHINGTON     DC     20004*
          City          State          Zip Code

County
Telephone Number     *1-202-226-8000*
E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name JERRY MORAN
Job or Title *(if known)* SENATOR
Address FIRST ST SE
WASHINGTON    DC    20004
City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)* 1- 202- 226- 8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name LISA MURKOWSKI
Job or Title *(if known)* SENATOR
Address FIRST ST SE
WASHINGTON    DC    20004
City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)* 1-202-226-8000

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name WILLIAM C CLARKA

Address 8715 TRAI STREET

JUNEAU AK 99801

City State Zip Code

County

Telephone Number 1-907-419-7077

E-Mail Address 123456 IndaCA @ Gmail .com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name CHistoPHER MURPHY

Job or Title *(if known)* SENATOR

Address FIRST ST SE

WASHingToN DC 20004

City State Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name PAtty MURRAY

Job or Title *(if known)* SENATOR

Address FIRSt ST SE

WASHingTon DC 20004

City State Zip Code

County

Telephone Number 1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name      Jon Ossoff
Job or Title *(if known)*    Senator
Address      First St SE
     Washington    DC    20004
     *City*      *State*      *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name      Alex Padilla
Job or Title *(if known)*    Senator
Address      First St SE
     Washington    DC    20004
     *City*      *State*      *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | William C Clarka |
| Address | 8715 Trai Street |
| | Junkau          AK          99801 |
| | *City*          *State*          *Zip Code* |
| County | |
| Telephone Number | 1-907-419-7077 |
| E-Mail Address | 123456 IndacA @ GmAil .com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rand Paul |
| Job or Title *(if known)* | Senator |
| Address | First St SE |
| | Washington          DC          20004 |
| | *City*          *State*          *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Gary C. Peters |
| Job or Title *(if known)* | Senator |
| Address | First St SE |
| | Washington          DC          20004 |
| | *City*          *State*          *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name     ROB PORTMAN
Job or Title *(if known)*     SENATOR
Address     FIRST ST SE
    WASHINGTON    DC    20004
    *City*     *State*     *Zip Code*
County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name     JACK REED
Job or Title *(if known)*     SENATOR
Address     FIRST ST SE
    WASHINGTON    DC    20004
    *City*     *State*     *Zip Code*
County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            WilliAM C ClArkA
Address         871S ThAI STreET
                JuNkAU        AK        99801
                *City*              *State*         *Zip Code*
County
Telephone Number    1-907-419-7077
E-Mail Address      123456 IndACA @ GMAil .coM

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                  JAMRS R. RiscH
Job or Title *(if known)*   SeNAtoR
Address               FIR$T ST SE
                      WAShingToN      DC      20004
                      *City*              *State*         *Zip Code*
County
Telephone Number      1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                  JAcky RoShN
Job or Title *(if known)*   SeNAtoR
Address               FIR$t ST SE
                      WAShingToN      DC      20004
                      *City*              *State*         *Zip Code*
County
Telephone Number      1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    MiKh Rounds
Job or Title *(if known)*    SENAtoR
Address    FirSt St SE
WASHington    DC    20004
       *City*      *State*      *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1- 202- 226- 8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    MARCO RuBio
Job or Title *(if known)*    SENAtoR
Address    FiRSt ST SE
WASHington    DC    20004
       *City*      *State*      *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      William C Clarka

Address    8715 Thai Street

Junkau      AK      99801

*City*      *State*      *Zip Code*

County

Telephone Number    1-907-419-7077

E-Mail Address    123456 IndAcA @ Gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      BERNARD Sandhrs

Job or Title *(if known)*    SENATOR

Address      FIRST ST SE

WASHINGTON    DC      20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name      BEN SASSE

Job or Title *(if known)*    SENATOR

Address      FIRST ST SE

WASHINGTON    DC      20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   BRIAN Scltatz
Job or Title *(if known)*   SENAtoR
Address   FiRSt ST SE

WASHington   DC   20004
*City*   *State*   *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*   1-202-226-8000

[ ] Individual capacity   [X] Official capacity

Defendant No. 2

Name   CHARles E SCHUMER
Job or Title *(if known)*   SENAtoR
Address   FiRSt ST SE

WASHington   DC   20004
*City*   *State*   *Zip Code*

County
Telephone Number   1-202-226-8000
E-Mail Address *(if known)*

[ ] Individual capacity   [X] Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  William C Clarke

Address  8715 Trail Street

Junkau          AK          99801
*City*          *State*          *Zip Code*

County

Telephone Number  1-907-419-7077

E-Mail Address  123456 Indaca @ Gmail .com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  Rick Scott

Job or Title *(if known)*  Senator

Address  First St SE

Washington          DC          20004
*City*          *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity          ☒ Official capacity

Defendant No. 2

Name  Tim Scott

Job or Title *(if known)*  Senator

Address  First St SE

Washington          DC          20004
*City*          *State*          *Zip Code*

County

Telephone Number  1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity          ☒ Official capacity

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          JEANNE SHAHEEN
Job or Title *(if known)*      SENATOR
Address                        FIRST ST SE
                               WASHINGTON    DC        20004
                                  *City*     *State*   *Zip Code*
County
Telephone Number               1- 202- 226- 8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                          RICHARD C SHELBY
Job or Title *(if known)*      SENATOR
Address                        FIRST ST SE
                               WASHINGTON    DC        20004
                                  *City*     *State*   *Zip Code*
County
Telephone Number               1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WILLIAM C CLARKA
Address      871S THAI STREET
             JUNHAU     AK      99801
             *City*        *State*      *Zip Code*

County
Telephone Number     1-907-419-7077
E-Mail Address       123456 IndACA @ Gmail .COM

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name              KYRSTAN SINHMA
Job or Title *(if known)*   SENATOR
Address            FIRST ST SE
              WASHINGTON    DC     20004
               *City*        *State*     *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name              TINA SMITH
Job or Title *(if known)*   SENATOR
Address            FIRST ST SE
              WASHINGTON    DC     20004
               *City*        *State*     *Zip Code*

County
Telephone Number     1-202-226-8000
E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name
Address

| | City | State | Zip Code |

County
Telephone Number
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                 *DEBBIE STABENOW*
Job or Title *(if known)*   *SENATOR*
Address              *FIRST ST SE*
                     *WASHINGTON*    *DC*    *20004*
                        City          State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*   *1-202-226-8000*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                 *DAN SULLIVAN*
Job or Title *(if known)*   *SENATOR*
Address              *FIRST ST SE*
                     *WASHINGTON*    *DC*    *20004*
                        City          State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*   *1-202-226-8000*

☐ Individual capacity   ☒ Official capacity

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | WilliAM C ClArkA |
| Address | 871S ThAI STreeT |
| | JunhAu              AK              99801 |
| | *City*              *State*              *Zip Code* |
| County | |
| Telephone Number | 1-907-419-7077 |
| E-Mail Address | 123456 IndAcA @ GMAil .coM |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jon TesTAr |
| Job or Title *(if known)* | SeNAtor |
| Address | FIrSt ST SE |
| | WAShiNgToN     DC     20004 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | JoHN ThunA |
| Job or Title *(if known)* | SeNAtor |
| Address | FIrSt ST SE |
| | WAShiNgToN     DC     20004 |
| | *City*     *State*     *Zip Code* |
| County | |
| Telephone Number | 1-202-226-8000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

<table>
<tr><td></td><td><em>City</em></td><td><em>State</em></td><td><em>Zip Code</em></td></tr>
</table>

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    THOM TIHLIS
Job or Title *(if known)*   SENATOR
Address                 FIRST ST SE
                        WASHINGTON   DC     20004
                             *City*      *State*    *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1- 202- 226- 8000

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                    PATRICK TOOMEY
Job or Title *(if known)*   SENATOR
Address                 FIRST ST SE
                        WASHINGTON   DC     20004
                             *City*      *State*    *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    WILLIAM C CLARKE

Address    8715 TRAIL STREET

JUNEAU    AK    99801

*City*      *State*      *Zip Code*

County

Telephone Number    1-907-419-7077

E-Mail Address    123456 IndaCA @ Gmail .com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    TOMMY TUBERVILLE

Job or Title *(if known)*    SENATOR

Address    FIRST ST SE

WASHINGTON    DC    20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    CHRIS VAN HOLLEN

Job or Title *(if known)*    SENATOR

Address    FIRST ST SE

WASHINGTON    DC    20004

*City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

| | City | State | Zip Code |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name *MARK WARNER*
Job or Title *(if known)* *SENATOR*
Address *FIRST ST SE*
*WASHINGTON* *DC* *20004*
City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)* *1-202-226-8000*

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name *RAPHAEL G WARNOCK*
Job or Title *(if known)* *SENATOR*
Address *FIRST ST SE*
*WASHINGTON* *DC* *20004*
City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)* *1-202-226-8000*

☐ Individual capacity ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      WiLLiAM C CLARKA

Address    871S TRAIL STREET

JunHAU      AK      99801

         *City*      *State*      *Zip Code*

County

Telephone Number    1-907-419-7077

E-Mail Address    123456 IndACA @ Gmail .COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name      ELiZABRtH WARREN

Job or Title *(if known)*   SENA+oR

Address    FiRSt ST SE

WASHingtoN    DC    20004

         *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name      SHEldoN WHitRHousE

Job or Title *(if known)*   SBNA+oR

Address    FiRSt ST SE

WASHingToN    DC    20004

         *City*      *State*      *Zip Code*

County

Telephone Number    1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | City | State | Zip Code |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    ROGHR F. WICKHR
Job or Title *(if known)*    SENATOR
Address    FIRST ST SE
   WASHINGTON    DC    20004
   City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    RON WYDRN
Job or Title *(if known)*    SENATOR
Address    FIRST ST SE
   WASHINGTON    DC    20004
   City    State    Zip Code

County
Telephone Number
E-Mail Address *(if known)*    1-202-226-8000

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      William C Clarka

Address    871S Thai Street

         Juneau      AK      99801

                *City*        *State*      *Zip Code*

County

Telephone Number    1-907-419-7077

E-Mail Address      123456 IndACA @ Gmail .com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                Todd Young

Job or Title *(if known)*    Senator

Address            First St SE

                    Washington     DC     20004

                       *City*        *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*    Senator

Address            First St SE

                    Washington     DC     20004

                       *City*        *State*      *Zip Code*

County

Telephone Number      1-202-226-8000

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Address

|  | *City* | *State* | *Zip Code* |

County
Telephone Number
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.



Defendant No. 1
Name
Job or Title *(if known)*            SENATOR
Address                               FIRST ST SE
                                     WASHINGTON        DC        20004
                                        *City*        *State*    *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*          1-202-226-8000

☐ Individual capacity    ☒ Official capacity

Defendant No. 2
Name
Job or Title *(if known)*            SENATOR
Address                               FIRST ST SE
                                     WASHINGTON        DC        20004
                                        *City*        *State*    *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*          1-202-226-8000

☐ Individual capacity    ☒ Official capacity

William C Clark
871 S Thai Street
Juneau AK 99801

U.S District Court/Civil Lawsuits
P.O. Box 020349
Juneau, AK 99801





U.S. POSTAGE PAID
JUNEAU AK
99801
APR 26, 22
AMOUNT
$2.36
R2305M1 49147-27

1000

99801